United States District Court
for the
Eastern District of New York

| | | |
|---|---|---|
| FREEDOM MORTGAGE CORPORATION | ) | |
| | ) | Civil Action No. 23-cv-01025 |
|     Plaintiff | ) | |
| | ) | |
| | ) | |
|     v. | ) | NOTICE OF MOTION |
| | ) | |
| | ) | |
| DONALD MULLIGAN, JR., MAIDENBAUM & STERNBERG LLP FKA ROSENFELD & MAIDENBAUM LLP | ) ) ) ) | |
|     Defendant(s) | | |

    **PLEASE TAKE NOTICE** that upon the instant Motion and Declaration in support of Gross Polowy LLC by Tracy M. Fourtner, Esq., Attorneys for Plaintiff dated January 26, 2024, and the exhibits attached thereto, and upon the Affidavit of Plaintiff dated January 5, 2024 in support of the motion, and upon all the proceedings in this case to date, the Plaintiff moves this Court, without oral argument, before the Hon. James M. Wicks at the United States District Court for the Eastern District of New York located at 100 Federal Plaza, Central Islip, NY 11722, for an order granting the following to the movant:

(a) Order granting Default Judgment and Judgment of Foreclosure and Sale in the same form as attached hereto;
(b) Granting such other and further relief this Court may deem just and proper.

    **PLEASE TAKE FURTHER NOTICE**, Plaintiff will serve these motion papers on all Defendants pursuant to Fed. R. Civ. P. §55
.

DATED:    January 26, 2024        Gross Polowy LLC
               Williamsville, New York    /s/ Tracy M. Fourtner
                                                  Tracy M. Fourtner, Esq.
                                                  tfourtner@grosspolowy.com
                                                  1775 Wehrle Drive, Suite 100
                                                  Williamsville, NY 14221
                                                  Tel.: (716) 204-1700
                                                  Fax.: (716) 204-1702
                                                  *Attorneys for Plaintiff*

FREEDOM MORTGAGE CORPORATION

vs.

DONALD MULLIGAN, JR., et al.

Civil Action No.: 23-cv-01025

***************************************************************************

Donald Mulligan, Jr.
97 Peconic Drive
Massapequa, NY  11758

Maidenbaum & Sternberg LLP FKA Rosenfeld & Maidenbaum LLP
132 Spruce St
Cedarhurst, NY  11516